IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      No. 4:06CR00381 JLH

YANELY BASALDUA (3),
JUANA CASTILLO (4),
JESUS SANCHEZ (6),
RUBIO QUERUBIN (7),
MARIA BASALDUA (8),
SILVIA MARTINEZ (10),
JULIO HERNANDEZ (11),
ESTHER SAAVEDRA-TIRADO (14),
JOSE CHAVEZ (18),
JOSE HUERTA (22),
VICKY BARDALES (24),
CARLOS CASTILLO-HERNANDEZ (26),
and NAZARIO ENRIQUEZ (28)                                                                   DEFENDANTS

## ORDER

The government has filed a motion to dismiss indictment and vacate warrants as to defendants Yanely Basaldua, Juana Castillo, Jesus Sanchez, Rubio Querubin, Maria Basaldua, Silvia Martinez, Julio Hernandez, Esther Saavedra-Tirado, Jose Chavez, Jose Huerta, Vicky Bardales, Carlos Castillo-Hernandez, and Nazario Enriquez. The motion is GRANTED. Document #262. The indictment is hereby dismissed without prejudice as to these defendants, and the warrants are hereby recalled and vacated.

IT IS SO ORDERED this 31st day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE